ACCEPTED
06-15-00022-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/13/2015 3:09:39 PM
DEBBIE AUTREY
CLERK

## FOR THE SIXTH COURT OF APPEALS
## AT TEXARKANA, TEXAS

| | | |
|---|---|---|
| **SONYA KAY HARGETT** | § | FILED IN<br>6th COURT OF APPEALS |
| **Appellant** | § | **CASE NO. 06-15-00022-CR** TEXARKANA, TEXAS |
| **VS.** | § | 5/13/2015 3:09:39 PM |
| | § | **TRIAL COURT NO. 09-0447X** DEBBIE AUTREY |
| **STATE OF TEXAS** | § | Clerk |
| **Appellee** | § | |

## MOTION FOR EXTENSION OF TIME TO
## FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

NOW COMES, SONYA KAY HARGETT, the Appellant herein, and moves the Court for an extension of time to file Appellant's Brief in this cause, pursuant to Rules 38.6 and 10.5 (b) of the Texas Rules of Appellate Procedure, and in support thereof would show the Court as follows:

### I.

The Appellant in this cause was convicted in the 71st District Court, Harrison County, Texas in cause number 09-0447X for the offense of Driving While Intoxicated- Enhanced.

### II.

The Reporter's record was filed on April 14, 2015. The Appellant's Brief is due on or about May 14, 2015.

### III.

The Appellant hereby request an extension of time to file Appellant's Brief. The undersigned counsel has not had an adequate opportunity to prepare the Appellant's Brief for the following good and sufficient reasons:

Counsel is currently standby counsel in Cause No. 241-1467-12; *State of Texas v. James Calvert,* in Smith County, Texas. In this case, the State is seeking the death penalty and Counsel

1

has been in individual voir dire almost daily since April 24, 2015. Counsel request addtional time to prepare the appellant brief. Counsel will have a break in voir dire from May 14, 2015 until May 26, 2015. This motion is not made for purposes of delay only, but in the interest of justice, and to meet my obligations to my client and this court, and to accomplish the design of this appeal, which to do substantial justice to appellant. Tex.R.App.P. 44(b). Counsel has not been granted any previous extensions, therefore counsel respectfully requests an additional thirty (30) days to prepare and file the brief herein.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, on behalf of Appellant, respectfully prays that this Honorable Court extend the time for filing Appellant's Brief for an additional thirty (30) days, to June 13, 2015.

Respectfully submitted,

_____
JASON D. CASSEL
Texas State Bar No. 24006970
P.O. Box 2649
Longview, Texas 75606
Telephone 903-757-8449
Facsimile  903-758-7397
*ATTORNEY FOR THE APPELLATE*
*SONYA KAY HARGETT*

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was mailed to , Harrison County District Attorney, P.O. Box 776, Marshall, Texas 75670, on this the 13TH day of May, 2015.

_____
JASON D. CASSEL

**FOR THE SIXTH COURT OF APPEALS**
**AT TEXARKANA, TEXAS**

| | | |
|---|---|---|
| **SONYA KAY HARGETT** | § | |
| **Appellant** | § | **CASE NO. 06-15-00022-CR** |
| **VS.** | § | |
| | § | **TRIAL COURT NO. 09-0447X** |
| **STATE OF TEXAS** | § | |
| **Appellee** | § | |

## <u>ORDER</u>

Appellant's Motion to Extend Time to File Appellant's Brief having been presented to the Court; and the Court having considered same it is GRANTED. IT IS THEREFORE ORDERED that Appellant's Brief shall be due on or before **June 13, 2015.**

SIGNED this _____ day of _____, 2015.

_____
PRESIDING JUSTICE